IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

JADEN DECKER,

                Plaintiff,

vs.

DONOVAN VAN NOTE, individually
and in his capacity as a Trooper with
the Montana Highway Patrol;
MONTANA HIGHWAY PATROL;
MONTANA DEPARTMENT OF
JUSTICE; KURT SAGER, individually
and in his capacities as Lieutenant
Colonel and Colonel of the Montana
Highway Patrol; STEVEN LAVIN,
individually and in his capacity as
Colonel of the Montana Highway
Patrol (retired),

                Defendants.

CV 25–172–M–DLC

ORDER

Before the Court is Plaintiff Jaden Decker's unopposed motions for:

extension of time to respond to Defendants' Motion to Dismiss (Doc. 8), extension

of time to respond to Defendants' Motion for Summary Judgment (Doc. 10); and

leave to file Confidential Criminal Justice Act Information under seal. (Docs. 23,

24, and 25.) For good cause showing,

IT IS ORDERED that Plaintiff's motions (Docs. 23, 24, and 25) are

GRANTED. Plaintiff shall file his responses to Defendants' Motion to Dismiss

-1-

(Doc. 8) and Motion for Summary Judgment (Doc. 10) by May 15, 2026. Plaintiff is further permitted to file certain exhibits containing Confidential Criminal Justice Information as defined by Montana Code Annotated § 44-5-303 under seal.

DATED this 12th day of May, 2026.

Dana L. Christensen, District Judge
United States District Court